# IN THE SUPREME COURT OF TEXAS

## Misc. Docket No. 18-9104

### DENIAL OF REQUEST TO
### TRANSFER CASE FROM THE
### SEVENTH COURT OF APPEALS

The Supreme Court denies the request to transfer the following case from the Seventh Court of Appeals District, Amarillo, Texas:

Case No. 07-16-00418-CV
*Ronald Spriggs and Levi Spriggs v. Albenita Gonzales*

ORDERED in Chambers,

With the Seal thereof affixed at the City of Austin, this 2nd day of August, 2018.

BLAKE A. HAWTHORNE, CLERK
THE SUPREME COURT OF TEXAS